IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT P. MCKINSTRY,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>K. CHAPPELL,<br><br>　　　　　　　　　　　Respondent. | Case No. 1:13-cv-00088 AWI MJS (HC)<br><br>**ORDER REGARDING REQUEST FOR PERMISSION TO AUGMENT THE PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**(Doc. 7)** |

    On January 11, 2013, Petitioner filed the instant petition for writ of habeas corpus. On January 28, 2013, Petitioner filed a motion to augment the petition and add several e-mails to exhibit "F" of his petition. Respondent has already filed an answer to the petition. Rather than have Petitioner file an amended petition, the Court finds in the interest of judicial economy that Petitioner's request be GRANTED.

    The attached documents shall be considered by the Court as part of exhibit "F" of the petition.

IT IS SO ORDERED.

Dated:　August 30, 2013　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1