1
2
3
4
5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7
8

9    SCOTT P. McKINSTRY,                        1:13-cv-00088-AWI-MJS (HC)

10                    Petitioner,

11        v.                                    ORDER GRANTING PETITIONER'S
                                                FIRST MOTION FOR EXTENSION OF
                                                TIME TO FILE OBJECTIONS TO
12    K. CHAPPELL,                              FINDINGS AND RECOMMENDATION

13                    Respondent.               (Docs. 23, 24)

14
                                                THIRTY-DAY DEADLINE
15

16        Petitioner is a state prisoner proceeding pro se in a habeas corpus action

17    pursuant to 28 U.S.C. § 2254.  On November 17, 2014, Petitioner filed a motion to

18    extend time to file objections to the findings and recommendation.  Good cause having

19    been presented to the Court, IT IS HEREBY ORDERED that:

20        Petitioner is granted thirty days from the date of service of this order in which to

21    file objections to the findings and recommendation.

22
23    IT IS SO ORDERED.

24        Dated:   December 1, 2014             /s/ Michael J. Seng
25                                              UNITED STATES MAGISTRATE JUDGE

26
27
28

1