UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT P. McKINSTRY,<br><br>    Petitioner<br><br>    v.<br><br>K. CHAPPELL,<br><br>    Respondent | CASE NO. 1:13-CV-0088 AWI MJS<br><br>ORDER ON DENYING MOTION FOR CERTIFICATE OF APPEALABILITY<br><br>(Doc. No. 35) |

On January 28, 2015, the Court adopted a Findings and Recommendation that denied Petitioner relief under 28 U.S.C. § 2254. See Doc. No. 31. The order adopting also declined to issue a certificate of appealability. See id. Petitioner later requested a certificate of appealability on February 27, 2015, and also filed an appeal. See Doc. Nos. 35, 36. On November 12, 2015, the Ninth Circuit denied petitioner a certificate of appealability. See Doc. No. 39.

The Court's previous denial of a certificate of appealability made Petitioner's February 27, 2015 unnecessary. More importantly, the Ninth Circuit's subsequent denial of a certificate of appealability is the definitive decision on the matter. Petitioner is not entitled to a certificate of appealability. See Doc. No. 39. Because the docket reflects an open motion, the Court will deny Petitioner's motion.

Accordingly, IT IS HEREBY ORDERED that Petitioner's request for a certificate of appealability is DENIED in light of this Court's prior denial of a certificate of appealability and the Ninth Circuit's subsequent denial of a certificate of appealability.

IT IS SO ORDERED.

Dated:  March 3, 2016                              _____
                                                                          SENIOR DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28